IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL J. ODEM, )<br>)<br>Defendant. ) | CRIMINAL NO. 19-CR-30152-NJR |

## **STIPULATION OF FACTS**

Comes now Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, and Laura V. Reppert, Assistant United States Attorney for said District, and enters into the following Stipulation of Facts with Defendant:

1. In January of 2019, a law enforcement officer was conducting an online investigation focusing on the Gnutella peer-to-peer network to identify individuals offering child pornography files for download. Through that investigation, an IP address was identified as being in possession of files of child pornography.

2. Through an administrative subpoena to Spectrum Wireless, the IP address was determined to be associated with an account held by Defendant at an address in Belleville, Illinois.

3. Law enforcement obtained a search warrant for that address in Belleville, and it was executed on January 22, 2019. A number of digital devices were seized.

4. Defendant was interviewed and admitted that he had used peer-to-peer networks to download child pornography.

5. Special Federal Officer Mark Ferrell conducted a review of the numerous devices seized belonging to Defendant. A number of files depicting child pornography were identified, including a file "- 10Y Boy & 12Yo Girl.mpg." SFO Ferrell indicated that file had been downloaded on December 18, 2018.

6. The file of child pornography possessed by Defendant was transported in a manner affecting interstate or foreign commerce.

7. This stipulation of facts is intended only to provide the Court with a sufficient foundation to accept the Defendant's guilty plea and is not necessarily an exhaustive account of the relevant conduct.

8. All relevant events occurred within the Southern District of Illinois.

**SO STIPULATED**

STEVEN D. WEINHOEFT
United States Attorney

_____
MICHAEL J. ODEM
Defendant

_____
LAURA V. REPPERT
Assistant United States Attorney

_____
DANIEL CRONIN
Attorney for Defendant

Date: 9/22/20

Date: 9/22/20